LINK: JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV12-9892 GAF (PLAx) | Date | December 17, 2013 |
|---|---|---|---|
| Title | CLARENCE ALLEN v. CHARLIE BECK, et al. | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** (In Chambers)

Defendants filed a Notice of Removal from the Superior Court of California, Los Angeles County with this Court on November 19, 2012.

On November 20, 2013, the Court granted defendants' Motion to Dismiss and issued an Order to Show Cause to Plaintiff as to why the remaining Defendants[1] should not be dismissed for lack of prosecution. The response to the Order to Show Cause was due by the close of business on Thursday, December 12, 2013. The Order specifically warned Plaintiff that "[f]ailure to respond will be deemed consent to the dismissal of the action." To date, however, no response to the Court's Order has been filed with this Court.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution and for failure to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |

**JS-6**

---

[1] The sole remaining defendant is Calvin Simpson